NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALEXANDRA MICHAEL
NADIA AHMED
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Alexandra.m.michael@usdoj.gov
Nadia.Ahmed@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE KENT HAMPTON,<br><br>Defendant. | Case No. 2:19-mj-00137-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION**<br>(*Third Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Gabe Grasso, counsel for defendant EDDIE HAMPTON, that the preliminary examination hearing currently scheduled for May 31, 2019 at 4:00 p.m., be vacated and reset to a date and time convenient to the Court but no sooner than 30 days.

This stipulation is entered into for the following reasons:

1. Defendant recently had new counsel appointed in this case who needs time to become familiar with the factual and procedural background of the matter.

2. The parties need a continuance to review discovery and discuss possible defenses and

otherwise prepare for the preliminary hearing.

3. The parties need additional time to discuss a potential pre-indictment resolution that may obviate the need to proceed with the preliminary hearing.

4. The Defendant is currently incarcerated and does not object to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the third request for a continuance of the preliminary hearing.

DATED this 30th day of May, 2019.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| */s/ Alexandra Michael* | */s/ Gabe Grasso* |
|---|---|
| ALEXANDRA MICHAEL | GABE GRASSO |
| Assistant United States Attorney | Counsel for Defendant Eddie Hampton |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDDIE KENT HAMPTON,

    Defendant.

Case No. 2:19-mj-00137-CWH

ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy preliminary hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for a preliminary hearing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the preliminary examination in the above-captioned matter currently scheduled for May 31, 2019 at 4:00 p.m., be vacated and continued to July 12, 2019, at 4:00 p.m.

IT IS SO ORDERED.

Entered: May 31, 2019

CARL W. HOFFMAN
United States Magistrate Judge